# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID STEVEN BRAUN, | Case No.: 3:24-cv-00029-RCJ-CSD |
| Plaintiff, | **ORDER** |
| v. | Re: ECF No. 9 |
| UNITED STATES, | |
| Defendant. | |

This matter is before the court on Plaintiff's Certification (ECF No. 9) regarding leave to file electronically.

Plaintiff requests permission to file, receive, and serve documents electronically in this case. Plaintiff provided certification that he is familiar with the Electronic Filing Procedures, Best Practices, and with Part IC - Electronic Case Filing of the Local Rules of Practice of the United States District Court. (ECF No. 9.) The court finds that Plaintiff has demonstrated a basic understanding and familiarity with the CM/ECF filing system. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Dated: February 28, 2024.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE